UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY T. SPENCE, f/k/a Kimberly S. Willis, WILLIAM M. WINDSOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CARL J. WILLIS, II, KIMBERLY T. SPENCE, f/k/a Kimberly S. Willis, WELLSTAR MEDICAL GROUP PEDIATRICT & ADOLESCENT CENTER, Attorney's, ROMAN CATHOLIC CHURCH CARDINALS, of Atlanta, THE ROMAN CATHOLIC ARCHDIOCESE, ST. JOHN THE EVANGELIST CATHOLIC SCHOOL AND LEADERSHIP, UNITED METHODIST CHURCH BISHOPS, THE BEN HILL UNITED METHODIST CHURCH, THE BEN HILL CHRISTIAN ACADEMY, WOODWARD ACADEMY, GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY, GEORGIA FARM BUREAU CASUALTY INSURANCE COMPANY, CREATE-A-LOAD KENNESAW, REUNION PLACE SUBDIVISION, PAT ASTRIN, RE/MAX OF GEORGIA, PAT ASTRIN PROPERTY MANAGEMENT LLC, CHELSEA BYNUM, MIA NICOLE SPENCER, WILLIAM WINDSOR, MAID OF THE MIST CORPORATION, SEAN M. BOUSHIE, THE UNIVERSITY OF MONTANA, UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:17-CV-272-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Spence's applications to proceed in forma pauperis [D.E. 1, 7] are GRANTED, and Spence's complaint is DISMISSED as frivolous. Spence's motion for summary judgment [D.E. 9], and motion to compel [D.E. 10] are DISMISSED. The court construes the emergency permanent notice of appeal [D.E. 15] as an interlocutory appeal [D.E. 17]. The United States Court of Appeals for the Fourth Circuit will address the appropriateness of that interlocutory appeal.

**This Judgment Filed and Entered on December 18, 2017, and Copies To:**

Kimberly T. Spence	(Sent to 187 Advance Drive Lillington, NC 27546 via US Mail)

DATE:	PETER A. MOORE, JR., CLERK

December 18, 2017	(By) /s/ Nicole Briggeman

       Deputy Clerk